**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6919**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BILLY R. MCCULLERS, JR.,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Senior District Judge. (4:07-cr-00049-RBS-JEB-1)

_____

Submitted: April 24, 2025                          Decided: April 28, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Billy R. McCullers, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy R. McCullers, Jr., appeals the district court's orders denying his motions for (1) "Reinstatement of § 404(b) of the First Step Act Pursuant to *Concepcion v. United States*"; and (2) reconsideration of the district court's prior order granting in part and denying in part McCullers' motions for sentence reduction and for compassionate release brought pursuant to the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. After reviewing the record, we discern no reversible error by the district court. Accordingly, we affirm the district court's orders. *United States v. McCullers*, No. 4:07-cr-00049-RBS-JEB-1 (E.D. Va. June 21, 2024; Aug. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*